RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2026 FEB 11 A 10: 12
TAMMY H DOWNS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 11 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

4:22-cr-00319-11-LPR

Dear Ms. Downs

I've writing you 2 seperate letters.

1 Explaining how I was Denied my 3rd point For acceptance of Responsibility which the Courts advised me I would Received 3 as did my Lawyer how ever I only got 2

The other letter is about a 1-point Reduction for me Receiving excessive amount of points for being on Probation or Parole 18 U.S.C, 3582 (c) (2) As Explained in the other letter.

I'm not looking for special previlages I'm only applying for what is Due to me Respectfully!!!

By you looking into these matters for me this can Expose me to a different sentencing Category Allowing me to Return Home to my family at a Decent time could you Please Please Help me with these Matters THANK You

Respectfully!!

Dear Ms. Downs

Ms. Downs. Im writing this letter on behalf of not Receiving my full benefit from my plea agreement.

I was told by the courts and my Lawyer. that I would Receive a 3-point Reduction for acceptance of Responsibili

Well I had my Case Manger look at my PSI. To Find out that I only Received a 2-point Reduction.

I would also like to add to the fact: That I've talked to many people at this Unit. About this matter. And the end Result is the same, No matter of the different charges Past criminal history. Everyone has Received a 3-point Reduction for Acceptance of Responsibility except me. I would love for this mistake to be corrected. Or a Reason for me being denied my 3rd point Reduction. I strongly feel that for the sake of me being a None-violen offender, Only playing a Small Role in this Conspiracy. Along with the fact that threw out my intire incarceration I've had no write ups. Im currently Enrolled in GED. Im also in the RDAP program as we speak. And Im taking Ace classes. To say the least Im doing Everything thats expected of me while in Prison. Further more Im Sincerl working towards getting my life on the Right Track. I true want to do something with my life. Im going to make my Family proude of me. I feel that Im in a good positic in my life to deserve my 3rd point. Could you please Find it in your Heart to help me with this Matter.

THANK You Respectfully!!!

Dear Ms. Tammy H. Downs

I would like to ask the Courts. Could they please Find it in their Heart. To grant me my 1 point Reduction. For the points I Recieved for being on Probation or Parole. As of February 1, 2024. The Amendment 821 to the Federal Sentencing guidelines. It states that under 18 U.S.C 3582 (c) (2). The people with 7 or more criminal history points. The 2 status points are now Reduced to 1 point. This Amendment Aims to Create. More fairness and Reduce sentences for certain groups. By making criminal history Scoring Less Severe. Especially for those with None-violent backrounds. And those who played minor Roles in their Offenses. I feel that I am Eligable for this 1 point Reduction. I will be Highly grateful if you could look into this matter For me. Do to the fact that my criminal History points are extremely High. because of charges that's 10 to 15 years old. These are Crimes I commited. when I was much younger. Under the influence mind wasn't fully developed. I'm a completly different person. I'm not the Man that I once was. Please look into my Behavioral File. And see how I have conducted myself while incarcerated. I'm with out a doubt going to carry myself in a different manner once I'm Released. So I ask that you please find it in your heart. to help me with this matter above.

THANK YOU, Respectfully