# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 22, 2026

> **FILED**
> U.S. DISTRICT COURT
> EASTERN DISTRICT ARKANSAS
> Apr 22, 2026
> Tammy H. Downs, Clerk
> By: ForrestDunn D.C.
> DEP CLERK

Sylvester Smith III
THE FIRM, PLLC
Suite D
4137 JFK Boulevard
North Little Rock, AR  72201

4:22-cr-00319-04-LPR

RE:  26-1745  United States v. Sylvester Smith III

Dear Counsel:

The district court has transmitted a notice of appeal and docket entries in this criminal matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The district court has informed us that the $605 docketing and filing fees have not been paid in the case, and you must either pay them immediately or file a motion with the district court seeking permission to proceed in forma pauperis. Your duties as counsel are defined by Eighth Circuit Rule 27B and the Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

ecf.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
ecf.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
ecf.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

Please note that the court has eliminated the requirement for a clerk's record in criminal appeals, effective January 1, 2013. Record references to the district record made in pleadings and briefs filed in this court must be to the district court docket. For example, if the motion to suppress is district court docket number 11 and a party wishes to reference page 7 of the motion to suppress, the reference in the brief should be in the format: (R. Doc. 11, at p.7). Transcript references should be to Volume and page number (TR., Vol. 1, p. 123). Exhibit references should be to the exhibit label attached in the district court proceedings: (Government Exh. 1, page 3; Defense Exh. C, page 4). References to the Presentence Investigation Report should be to page number: (PSR, p.17). Additional information should be provided whenever it is necessary to clearly identify a document and avoid confusion.

Paper copies of transcripts, Statements of Reasons, Presentence Investigation Reports and exhibits will be still forwarded from the district court to the circuit clerk's office, and counsel should check with the district court clerk's office to assure that all necessary materials are transmitted on a timely basis.

If a transcript will be required for the appeal, you should promptly contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CJO

Enclosure(s)

cc:     Clerk, U.S. District Court, Eastern District of Arkansas
        Amanda Dillon Fields
        Chris Givens
        Graham Higdon
        Lorie E. Kennedy I

District Court/Agency Case Number(s):  4:22-cr-00319-LPR-4

**Caption For Case Number:   26-1745**

United States of America

       Plaintiff - Appellee

v.

Kevin Langel, also known as Calvin

       Defendant

------------------------------

Sylvester Smith, III

       Appellant

**Addresses For Case Participants:    26-1745**

Sylvester Smith III
THE FIRM, PLLC
Suite D
4137 JFK Boulevard
North Little Rock, AR  72201

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Amanda Dillon Fields
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Chris Givens
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Graham Higdon
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Lorie E. Kennedy I
Suite C130
500 W. Capitol Avenue
Little Rock, AR  72201

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

### CRIMINAL APPEAL BRIEFING SCHEDULE

Appeal No.    26-1745   United States v. Sylvester Smith, III

Date:        April 22, 2026

Briefing in criminal appeals is governed by Eighth Circuit's Plan to Expedite Criminal Appeals. Counsel should also review the provisions of Eighth Circuit Rule 27B.

### APPEAL REQUIREMENTS

1.  On January 1, 2013, the court eliminated the clerk's record as the form for the record on appeal in criminal cases. Instead, the court will review the electronic version of the pleadings and orders maintained by the district court on its official docket. The remainder of the record materials required for appellate review of the case - transcripts, exhibits, Statements of Reasons, Presentence Investigation Reports and any other items not accessible from the electronic docket - will still be forwarded in paper format for the court's use. Dates are established for transmittal of these paper documents. Directions for citation to the district court electronic docket and other documents are provided in the docketing letter sent with this schedule. Failure to follow these citation directions may result in the rejection of your brief. Questions should be addressed to the circuit court clerk's office.

2.  Please promptly order any transcripts. Transcripts of guilty plea and sentencing proceedings must be prepared for every appeal. Unless the appeal is in forma pauperis, counsel must arrange with the court reporter for payment of the transcript cost. If the appeal is proceeding in forma pauperis, requests for and payments of transcripts shall be processed through the district court.

3.  If you were retained for the district court proceedings and the defendant is unable to bear the cost of the appeal, a motion for leave to proceed in forma pauperis should be filed with the district court. Counsel cannot be appointed and a transcript cannot be provided at government expense unless the defendant obtains IFP status.

4.  As this case was tried in three days or less, the court reporter shall file the transcript within 21 days of filing the notice of appeal.

5.  Review "Briefing Checklist" and "Pointers on Preparing Briefs" at: www.ca8.uscourts.gov/appeal-preparation-information . Please note appellant's brief must include a copy of the Judgment and Commitment Order in the Addendum.

6.  The government must file a single brief in multiple-defendant appeals.

## GENERAL INFORMATION

The following filing dates are established for the appeals. Dates are only extended upon the filing of a timely motion establishing good cause. An order extending the time for filing a brief also extends the filing date for the responding or replying party's brief. Filing dates can also be accelerated if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service. You may find the Federal and Eighth Circuit rules, as well as practice aids, at: www.ca8.uscourts.gov/rules-procedures.

## FILING DATES:

Transcript . . . . . . . . . .. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **05/13/2026**

Appellant's Brief (with addendum). . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . **05/27/2026**
   **( Sylvester Smith III )**

Appellee's Brief. . . . . . . . . . . . . . . . . . . . . . . . . **21 days from the date the court issues the Notice of Docket Activity filing the brief.**

Appellant's Reply Brief . . . . . . . . . . . . . . . . . . . . **.7 days from the date the court issues the Notice of Docket Activity filing the brief.**

### ALL BRIEFS AND APPENDICES SHOULD BE
### FILED WITH THE ST. LOUIS OFFICE